ACCEPTED
12-14-00117-C
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/11/2015 3:45:17 PM
Pam Estes
CLERK

# RITCHESON, LAUFFER & VINCENT
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

SCOTT A. RITCHESON
CHARLES E. LAUFFER, JR.
LANCE VINCENT
DREW GILLEN
DOUGLAS A. RITCHESON

TWO AMERICAN CENTER
821 ESE LOOP 323, SUITE 530
TYLER, TEXAS 75701

TEL: (903) 535-2900
FAX: (903) 533-8646

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/11/2015 3:45:17 PM
PAM ESTES
Clerk

November 11, 2015

Pam Estes, Clerk of the Court
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

     Re:    Case No. 12-14-0017-CV; American Dream Team, Inc. v. Citizens State Bank

Dear Ms. Estes:

     This letter confirms, pursuant to Tex. R. App. P. 49.2, that Citizens State Bank does not intend to file a response to Appellant's Motion for Rehearing dated November 2, 2015, unless or until a response is requested by the Court.

     Sincerely,

     Scott A. Ritcheson

cc:    Diana L. Faust (via e-mail)
       Michelle E. Robberson (via e-mail)
       John Emmett (via e-mail)